PLC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Ervin James Taylor

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff
Officer E Antunez #18120

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
JAN 07 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case 1:20-cv-00128
(To Judge: Rebecca R. Pallmeyer
Magistrate Judge: Jeffrey Cummings
PC 8

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    Plaintiff(s):

A.    Name: Ervin James Taylor

B.    List all aliases: Jaden Smith

C.    Prisoner identification number: 20181202125

D.    Place of present confinement: Cook County Jail

E.    Address: Po Box 089002 Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   Defendant(s):
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: E Antunez # 18120

Title: Cook County Sheriff

Place of Employment: Cook County Jail

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Taylor v Swedish Covenant Hospital
Taylor v Axon Body Camera 19 CU 6638                    19cv6426
                          Taylor v city of Chicago 19-7706

B.  Approximate date of filing lawsuit: 9-27-19  10-7-19   10-29-19

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Ervin James Taylor

D.  List all defendants: City of Chicago  Axon Body worn camera
Swedish Covenant Hospital

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 S Dearborn

F.  Name of judge to whom case was assigned: Elaine E Bucklo
Judge Ellis  Judge Rebecca R Pallmeyer

G.  Basic claim made: Invasion of privacy cruel and unusual punishment
Obstruction of Justice

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 19cv6235

I.  Approximate date of disposition: 12-17-19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Jan 12, I was called in the Hallway, of the Tier of BH, By officer B Goss #16513. In the process of talking to B Goss #16513, I asked him may I work for him, then he came to work on BH Div 11 on Sunday. Officer B Goss #16513 then say officer E Antunez 18120, he's the 90 day Tier on BH now. And E Antunez #18120, then Replied saying yes I have the 90 day Tier on Div 11 BH, and I write tickets. I told E Antunez #18120, I dont catch tickets officer E Antunez #18120, then said he seen my picture, and he called me a Bitch out of my name! For no Reason! So I asked officer E Antunez #18120 to Call me a *Sgt or LT* Because Because of what he called me out of his mouth and officers are not suposed to conduct them selves in that manner or fashion, as officer E Antunez #18120, Did But he said no, Calling me a Bitch again that he's not calling a Sgt or Lt, and I Better make my Bitch Ass

4                                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Back on the Tier, of Division 11 BH. Before he Spray my ass! When you Request for Sgt or Lt Regular officer are suppose to call a supervisors IF Requested! But for some reason this officer E Antunez #18120, said no to my Request, and said Bitch, I better move and once I didn't, hoping Since officer B Goss #16513, was the one, who was to me, to come out, to the Hallway, to him, would call me a Lt or Sgt! officer E Antunez #18120 took his spray out, Step to the side of the door and Sprayed me in my eyes and my face for no Reason useing excessive force on me, cruel and unusel punishment on me! For no Reason and Division 11 BH Camera Tier Camera will Show I was Called to Hallway! As the ticket Read! I'd say RD open the door to let the last detaine, that was useing the microwave Back on the Tier. But If I step out of the Tier when he let the last Person useing the microwave Back on the Tier of BH. How Could I be unauthorized How can I get off of the Tier, If he had E Antunez! had to open the door in the First place to let the false person Back on the Tier! The Ticket if Read Correctly shows this officer is lieing, and just wanted to Spray me in my face 5 in the First place Revised 9/2007 A violation of the cruel and unusel punishment clause of

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

the eight Amendment excessive force Claim.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensction Oleese. the cook Ceny Sheriff have Been Treeting me with Cruel and unsul punishment Since, Ive Been In the Jail which led to this Assault and Battery Constitutional Claim of Excessue Face

**VI.**     The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____30____ day of __Dec__, 20__19__

_____Ervin James Taylor_____
(Signature of plaintiff or plaintiffs)

_____Ervin James Taylor_____
(Print name)

_____2018120212 25_____
(I.D. Number)

_____Po Box 089002 Chicago IL 60608_____
_____Cook County Jail_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
### COMPLAINT REGISTER

**Complainant Information**

| | |
|---|---|
| NAME (Last, First, M.I.): TAYLOR Ervin | AGE: 40 |
| DATE OF BIRTH: 7-20-77 | HOME #: None |
| HOME ADDRESS: Homeless | CITY: City of Chicago |
| WORK/OTHER #: None | |
| STATE: IL | ZIP CODE: 60608 |
| STATE I.D./D.L. #: | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

| DATE OF INCIDENT: 1-12-19 | TIME OF INCIDENT: 5-6 Pm |
|---|---|

LOCATION OF INCIDENT: Div 11 BH Hallway

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

B GOSS 16518

E Antonez 18120

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Miceal Jacksa | Div 11 BH Cook county Jail | None |
| | | |
| | | |
| | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

I was Celled in the Hallway of Tier Division 11 BH By officer B GOSS # 16513 CookCount Sheriff's Officer Jan 12-19. When me and officer B Goss Was finishing up our Conversation I asked may I work when he work the ~~~~

☒ CONTINUED ON REVERSE

"OFFICIAL SEAL"
~~~~ ~~~~
Notary Public, State of Illinois
My Commission Expires 11/5/20

**FOR OFFICE USE ONLY**

DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____

IAD/IG #: _____

**Complaint Narrative (Continued)**

Sunday like he was doing befor I left 1-12-19 and every other Sunday Befor that officer B Goss said the 90 days have change and officer E Antonez #18120 has the 90 day on Tier BH Div 11 now, and officer E Antonez replied to his Cowork Goss Statement yes I have the 90 DAYS And I while ticket. And he officer E Antonez #18120 was the officer on the tier that DAY. I replied. I don't care about ticket I don't catch them he then replied to me he seen my picture and I'm A Bitch And Spraded me with OC. All in my face for no reson At All Jan 12-19

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of ____ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge.   Eruin Taylor
(Print Name)

Complainant's Signature: Eruin Taylor          Date: 4-14-19

State of Illinois )
County of Cook )

Signed and sworn to before me on 4-22-19 by Eruin Taylor
(name of person making statement)

(notary seal)

"OFFICIAL SEAL"
M EAR
Notary Public, State of Illinois
My Commission Expires 11/15/2020

(signature of notary public)

A person commits **PERJURY** when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

*Please Read this ticket*

DIV9-1H-1068-2



## COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV11-2019-501 | N/A | 1032666 | 892681RA2 | IL32055520 | 0109310 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimiento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Ervin J Taylor | 7/21/1977 | 20181202125 | Division 11 | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING  ☐ FORMAL CHARGE | Date of Infraction: 1/12/2019 | Time of Infraction: 5:45 PM | Location of Infraction *(Lugar de la Infraccion)*: DIVISION 11 | Restitution Form Attached: ☐ YES  ☐ NO |
|---|---|---|---|---|

| NUMBER | CHARGE |
|---|---|
| 322 | Disrespect to Staff |
| 212 | Movement Violation |
| 219 | Disobeying or Resisting Orders |
| 301 | Aggravated Verbal Threat |
| 320 | Threat to Staff |

### VICTIM / WITNESS INFORMATION

☐ DNA

| ☐ Victim  ☐ Inmate  ☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____  ☐ Star #: _____ | Ervin J Taylor |
|---|---|---|
| ☐ Victim  ☐ Inmate  ☑ Witness  ☐ Staff  ☐ Other: _____ | ☐ ID #: _____  ☐ Star #: _____ | B Goss |
| ☐ Victim  ☐ Inmate  ☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____  ☐ Star #: _____ | E Antunez |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 12 Jan 19 Deputy Antunez *18120 was assigned to Division XI Tier BH. At approximately 1740 HRS detainee Taylor, Ervin #20181202125 stepped outside the tier door to BH. Detainee stepped outside the tier unauthorized when R/D opened the door to let the last detainee that was using the microwave back onto the tier. R/D instructed detainee that he needed to step back inside because there is only one inmate allowed outside the tier at a time to use the microwave. Inmate refused to go inside and sat down by the window area next to the tier door. Detainee Taylor began to get irate and instructed R/D to look him up "I have a rap sheet". Detainee Taylor started to call R/D a "Bitch", "I aint going in Bitch! Call me a white Shirt". R/D instructed detainee Taylor that he needed to go back inside as a last attempt to de-escalate the situation. Detainee Taylor moved in an aggressive manner towards R/D at which time R/D deployed a short burst of OC in the facial area of detainee Taylor. Officer Goss *16513 handcuffed detainee Taylor and escorted him to holding for decontamination without further use of force. R/D immediately notified supervisors.  End of Report

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* *Materiales confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES  ☐ NO  ☐ DNA | If YES, Date Submitted: _____ | Assesment Completed: ☐ YES  ☐ NO | ☐ DNA  If YES, where? ☐ Medical Health  ☐ Mental Health | Assesment Received: ☐ YES  ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES  ☐ NO  ☐ DNA | Was Verbal Warning Issued: ☐ YES  ☐ NO  ☐ DNA |
|---|---|
| Placed in Pre-Hearing Segregation: ☐ YES  ☐ NO  ☐ DNA  If YES, Date/Time  Location: | If Yes, Were Privileges Restricted ☐ YES  ☐ NO  ☐ DNA  Type of Priviledge adn Duration of Restriction |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: E Antunez | Star #: 18120 | Signature: | Date: 12 JAN 19 |
|---|---|---|---|

(FCN-85)(SEP 12)    Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov    PAGE 1 OF 2



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

☐ Emergency Grievance  
☐ Grievance  
☐ Non-Compliant Grievance  

☐ Cermak Health Services  
☐ Superintendent:_____  
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): TAYLOR | PRINT - FIRST NAME (Primer Nombre): Ervin | INMATE BOOKING NUMBER (# de identificación del Preso) 20181202125 |
|---|---|---|
| DIVISION (División): 6 | LIVING UNIT (Unidad): IL | DATE (Fecha): 4-10-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 1-12-19 | 5 to 6 | Div 11 BH Tier HALLWAY | Deputy Antunez #18120 B Goss # 16513 |

I was Release from seg 20 of Jan. I went 2 Division 2 And put Grievance in for the incident when office sprayd me in Division 11 with mace. Office B Goss called me into hillway to talk when we was done I Asked B Goss may I work for him when he work BH on sunday. he Replied E Antunez. this the 90 day tier now. office E Antunez then Replied yes I do And I write tickets. I said I don't catch tickets. he said I seen your picture you are a Bitch like he had something Personal against me And sprayed me for Real

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): Ervin Taylor |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW/PLATOON COUNSELOR (Print): R. Williams | SIGNATURE: R Wii | DATE CRW/PLATOON COUNSELOR RECIEVED: 4/10/19 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



**.COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**
(Interno no Queja Solicitud Respuesta)

NC1901304

## INMATE INFORMATION

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Taylor | Ervin | 20181202125 |

| DIVISION (División): | LIVING UNIT (Unidad): | INMATE'S GRIEVANCE FORM DATE (Fecha): |
|---|---|---|
| 6 | 1L | 4/10/19 |

| INMATE # (SHORT #) (# Del Preso (# corto)): | GRIEVANCE CODE (Código de Queja) | DETERMINED BY C.R.W. (determinado por el T.R.C/C.R.W.) |
|---|---|---|
| 0109310 | 410 | Williams |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

☑ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

☐ Offensive or harassing language was used

☐ The grievance form contains more than one issue.

☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ La solitud de la queja contiene más de un asunto.

☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

☐ Otra razón

Detainee is advised that the issue contained in this submission did not occur within the last 15 calendar days and is, therefore, non-compliant

Please also note that there is no record of a grievance regarding this matter prior to this submission. However, detainee may submit an OPR Complaint Register form to OPR regarding this matter.

| NAME OF INDIVIDUAL RESPONDING (Nombre del personal o presos que tengan información:) | SIGNATURE OF INDIVIDUAL RESPONDING (Firma del personal o presos que tengan información) | DATE (Fecha): |
|---|---|---|
| CRW Williams | CRW Wim | 4/11/19 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT (Firma de recibo del preso): | DATE RESPONSE RECEIVED (Fecha de recibo de respuesta): |
|---|---|
| X (signature) | X 1-12-19 |

(FCN-40c)(AUG 16)      (**WHITE COPY** – INMATE SERVICES)      (**YELLOW COPY** – CRW/PLATOON COUNSELOR)      (**PINK COPY** – INMATE)